# Vinson&Elkins

N. Scott Fletcher  sfletcher@velaw.com
Tel 713.758.3234  Fax 713.615.5168

February 21, 2007

*By Facsimile: (713) 250-5894*
Ms. Rhonda Moore-Konieczny
Case Manager
United States District Judge Gray H. Miller
515 Rusk, Room 8613
Houston, Texas 77002

Re: Master File No. H- 05-2121 – Class Action; *In re Cyberonics Inc. Securities Litigation*; in the United States District Court for the Southern District of Texas, Houston Division

Dear Ms. Moore-Konieczny:

As we discussed yesterday, this letter is to advise you that 60 days have elapsed since the lead plaintiff in this action complied with the court's order of November 28, 2006 and published its notice concerning the filing of an amended complaint in this action.

Attached is a copy of a press release issued by lead counsel on December 18, 2006 that we found on the PrimeNewswire website (www.primezone.com). PrimeNewswire describes itself as a global newswire service that delivers content to 4,000 media (daily newspapers, journals, news bureaus, TV and radio stations, community papers, online media), more than 1.5 million desktops of the professional investment community (analysts, brokers, institutional investors, etc.), and over 1,600 databases, Internet sites and Web portals. Also attached is a copy of the press release that we printed from lead counsel's website.

The court's November 28, 2006 order stayed this action until the new notice was published and the lead plaintiff process was completed in accordance with the schedule required by the Private Securities Litigation Reform Act. The Act provides a 60-day period after the notice is published for investors who want to be lead plaintiff to step forward. To our knowledge, no investors other than the plaintiffs already appearing in this action have filed any motion to be named as lead plaintiff and the court's docket does not reflect any such filing. Accordingly, absent other considerations, since the Court previously appointed lead plaintiff in this matter and no other investors have requested the opportunity to be appointed, we

**Vinson & Elkins LLP** Attorneys at Law  Austin Beijing Dallas Dubai
Houston London Moscow New York Shanghai Tokyo Washington

First City Tower, 1001 Fannin Street, Suite 2300, Houston, TX 77002-6760
Tel 713.758.2222 Fax 713.758.2346 www.velaw.com

**V&E**

February 21, 2007   Page 2

believe the motions to dismiss the amended complaint that were filed and fully briefed last fall are now ripe for consideration.

Sincerely,

N. Scott Fletcher

Enclosure

cc:  All Counsel of Record





# NEWSReleases

*Source:* Scott+Scott, LLP

## Lead Plaintiff Cyberonics Investor's Group Have Filed an Amended Complaint Against Cyberonics, Inc. -- CYBX

SAN DIEGO, Dec. 18, 2006 (PRIME NEWSWIRE) (PRIMEZONE) -- Court-appointed Lead Plaintiffs in In re Cyberonics, Inc. Securities Litigation, Master File No. H-0502121, U.S. District Court for the Southern District of Texas, announce the filing of a first amended class action complaint on behalf of purchasers of Cyberonics, Inc. ("Cyberonics") (Nasdaq:CYBX) securities during the period from February 5, 2004, through August 1, 2006, inclusive.

Investors who purchased Cyberonics securities during the expanded Class Period and suffered damages may move the Court for consideration to be appointed as a lead plaintiff no later than 60 days from today. Any purported class member who wishes to do so may move the Court to serve as lead plaintiff through counsel of their choice, including current Court-appointed Co-Lead Counsel, or may choose to do nothing and remain an absent class member. If you wish to discuss this action or have questions concerning this notice or your rights, please contact Scott+Scott partner David Scott (drscott@scott-scott.com, 800/404-7770, 860/537-5537) or Finkelstein & Krinsk partner Jeffrey R. Krinsk (jrk@classactionlaw.com, 877/493-5366, 619/238-1333). There is no cost or fee to you.

The First Amended Complaint ("Amended Complaint") charges Cyberonics and certain of its current and former officers and directors with violations of the Securities Exchange Act of 1934. The Amended Complaint alleges defendants failed to disclose and misrepresented material information known to defendants regarding FDA review and approval of a new use for the company's Vagus Nerve Stimulation ("VNS") device to treat depression, the marketability of the VNS device and medical insurance "Payers" coverage decisions for the device. The Amended Complaint also alleges improper conduct related to the award of stock option grants to certain senior Cyberonics officers, including that the options were fraudulently backdated and that the company had flawed and defective internal controls over accounting and for the options. This resulted in the improper reporting of executive compensation and expenses and violated generally accepted accounting practices ("GAAP").

More information on this and other class actions can be found on the Class Action Newsline at www.primenewswire.com/ca/

CONTACT: Finkelstein & Krinsk, LLP

**Other News Release Scott+Scott, LI**

Scott+Scott, LLP Files C Action Lawsuit Against I Century Financial Corp. of Investors -- NEW - Feb

Scott+Scott, LLP Files C Action Lawsuit Against / Ltd. On Behalf of Invest ALVR - Feb 6, 2007

Update -- Scott+Scott, Class Action Lawsuit Ag Capital Group Inc., Capi Research and Managem and American Funds Dis Inc., On Behalf of Inves 14, 2007

Scott+Scott, LLP Files C Action Lawsuit Against ( Group Inc., Capital Rese Management Co., and A Funds Distributors, Inc. Behalf of Investors - Jan

Scott+Scott, LLP Files C Action Lawsuit Against Tankers, Inc. on Behalf Investors -- TOPT - Dec 2

Scott+Scott, LLP Files C Action Lawsuit Against I Natural Corp. on Behalf Investors -- HANS - Dec I

Scott+Scott, LLP Notifie Investors of Filing Dead Business Days to Move

TO:Fax   COMPANY:

Lead Plaintiff Cyberonics Investor's Group Have Filed an Amended Complaint Against C...   Page 2 of 2

Jeffrey R. Krinsk
(877) 493-5366
(619) 238-1333
jrk@classactionlaw.com

Scott+Scott, LLC
David R. Scott
(800) 404-7770
(860) 537-5537
drscott@scott-scott.com

Plaintiff Appointment In Action Against Xethanol
XNL - Dec 14, 2006

Scott+Scott, LLP Notifie
Investors of Filing Dead
Business Days to Move
Plaintiff Appointment In
Action Against Loudeye
LOUD - Nov 20, 2006

**Keywords: LEGAL, CLASS ACTION LAWSUITS**

Scott+Scott, LLC Files C
Action Lawsuit Against )
Corp. on Behalf of Inves
XNL - Nov 1, 2006

[Today's News] [Wire Services] [Fax Services] [Multimedia]
[About Us] [Contact Us] [Home]

© 2006 PrimeNewswire All Rights Reserved.

Scott+Scott LLC                                                                                   Page 1 of 1



ATTORNEYS AT LAW

### NEW SECURITIES CASES

**Cyberonics, Inc.**

**Summary of Case:** Court-appointed Lead Plaintiffs in *In re Cyberonics Inc. Securities Litigation* announce the filing of a first amended class act complaint on behalf of purchasers of Cyberonics, Inc. ("Cyberonics") (NASDAQ: CYBX) securities during the period from **February 5, 2004 through August 1, 2006**, inclusive. **The deadline for Lead Plaintiff is February 15, 2007.**

If you purchased CYBX shares during the expanded Class Period and suffered a loss, please contact Scott + Scott through the link below.

Complaint
Press Release
Join This Action

**New Securities Cases**
New Century Financial Corp.
Aluarion Ltd.
American Funds Distributors, Inc.
Cyberonics, Inc.
Hansen Natural Corporation
Top Tankers, Inc.
Xethanol Corporation
Loudeye Corp.
Dell Inc.
NPS Pharmaceuticals Inc.

CASE SEARCH

SCOTT + SCOTT LLC, ATTORNEYS AT LAW COPYRIGHT © 2006

Scott+Scott LLC                                                              Page 1 of 1



**NEW SECURITIES CASES**

**Lead Plaintiff Cyberonics Investor's Group Have Filed an Amended Complaint Against Cyberonics, Inc.**

Monday, December 18, 2006

SAN DIEGO, CA - Court-appointed Lead Plaintiffs in In re Cyberonics, Inc Securities Litigation, Master File No. H-0502121, U. S. District Court for the Southern District of Texas, announce the filing of a first amended cl action complaint on behalf of purchasers of Cyberonics, Inc. ("Cyberonic: (NASDAQ: CYBX) securities during the period from February 5, 2004, through August 1, 2006, inclusive.

Investors who purchased Cyberonics securities during the expanded Clas Period and suffered damages may move the Court for consideration to t appointed as a lead plaintiff no later than 60 days from today. Any purported class member who wishes to do so may move the Court to ser as lead plaintiff through counsel of their choice, including current Court appointed Co-Lead Counsel, or may choose to do nothing and remain an absent class member. If you wish to discuss this action or have questions concerning this notice or your rights, please contact Scott+Scott partne David Scott (drscott@scott-scott.com, 800/404-7770, 860/537-5537) o Finkelstein & Krinsk partner Jeffrey R. Krinsk (jrk@classactionlaw.com, 877/493-5366, 619/238-1333). There is no cost or fee to you.

The First Amended Complaint ("Amended Complaint") charges Cyberonic: and certain of its current and former officers and directors with violatic of the Securities Exchange Act of 1934. The Amended Complaint alleges defendants failed to disclose and misrepresented material information known to defendants regarding FDA review and approval of a new use f the company's Vagus Nerve Stimulation ("VNS") device to treat depression, the marketability of the VNS device and medical insurance

**New Securities Cases**
**New Century Financial Corp.**
**Alvarion Ltd.**
**American Funds Distributors, Inc.**
**Cyberonics, Inc.**
**Hansen Natural Corporation**
**Top Tankers, Inc.**
**Xethanol Corporation**
**Loudeye Corp.**
**Dell Inc.**
**NPS Pharmaceuticals Inc.**

CASE SEARCH

SCOTT + SCOTT LLC, ATTORNEYS AT LAW COPYRIGHT © 2005